**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7827**

JAMES LESTER ROUDABUSH, JR.,

Plaintiff - Appellant,

v.

SGT. F. MENSAH; D. LAWHORNE, Sheriff; STEARNS, Chief;
F. MILANO, Captain; G. HUNTER; C. M. KYLTON, USDJ;
MS. ERVIN, Classification Supv.; GRAHAM, Classification
Counselor; HYLTON, Director, U.S. Marshal Service;
J. COREY, FPDO; A. ANDERSON, SAUSA; K. PEDERSEN, AUSA;
LT. REA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, Chief
District Judge. (2:13-cv-00646-RBS-LRL)

Submitted: February 12, 2015          Decided: February 19, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Lester Roudabush, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lester Roudabush, Jr., appeals the district court's order denying his post-judgment motion to reopen proceedings in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Roudabush v. Sgt. F. Mensah, No. 2:13-cv-00646-RBS-LRL (E.D. Va. Nov. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED